1 | **NG DO-KYNAH, PC**
2 | Daniel Do-Khanh (SBN 195323)
  | Anthony Cartee (SBN 248721)
3 | 8001 Irvine Center Drive, Suite 1090
  | Irvine, CA  92618
4 | Telephone: (949) 748-8338
  | Facsimile: (949) 748-8339
5 | Email:  daniel@ndklaw.com
  | Email:  acartee@ac-legal.com
6 |
  | **ONE LLP**
7 | Lester J. Savit (SBN 213015)
  | John E. Lord (SBN 216111)
8 | Polaphat Veravanich (SBN 203964)
  | 4000 MacArthur Blvd, Suite 1100
9 | Newport Beach, CA  92660
  | Telephone: (949) 502-2870
10 | Facsimile: (949) 258-5081
   | Email:        lsavit@onellp.com
11 | Email:        jlord@onellp.com
   | Email:        pv@onellp.com
12 |
13 | Attorneys for Defendants and Counterclaimants:
   | Arthro-7, Inc.; Robinson Pharma, Inc.; Gero Vita,
14 | Inc.; Nutrivita Laboratories, Inc.; Suliman
   | Jahangiri; John Hahn; Tuong Nguyen; Christine
15 | Nguyen; Dan Nguyen; and VitaStrong, Inc.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BIOCELL TECHNOLOGY, LLC, a California limited liability company, | CASE: SACV-12-516-JVS(RNBx) |
| Plaintiff, | **DECLARATION OF JOHN E. LORD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON INDEFINITENESS** |
| v. | |
| ARTHRO-7, INC., a California corporation; *et al.*, | |
| Defendants. | **Date:  April 15, 2013** |
| | **Time:  1:30 PM** |
| And RELATED COUNTERCLAIM | **Ctrm:  10C** |
| | **Judge: Hon. James V. Selna** |

# DECLARATION OF JOHN E. LORD

I, John E. Lord, declare:

1. I am a partner at One LLP, counsel of record for Defendants and Counterclaimants Arthro-7, Inc.; Robinson Pharma, Inc.; Gero Vita, Inc.; Nutrivita Laboratories, Inc.; Suliman Jahangiri; John Hahn; Tuong Nguyen; Christine Nguyen; Dan Nguyen; and VitaStrong, Inc. (collectively, "Defendants") in this action. I make this declaration of my own personal knowledge, and if called as a witness, could and would testify competently to the facts stated herein:

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,025,327.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,323,319.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,780,841.

5. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 7,091,180.

6. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 7,799,348.

7. Attached hereto as Exhibit F is a true and correct copy of *Howmedica Osteonics Corp. v. Zimmer, Inc.*, Civ. No. 05-897 (WHW), 2007 WL 1741763, at *4 (D.N.J. June 13, 2007).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, CA on March 18, 2013.

By: _____
John E. Lord